**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

BAKHRONZHON SHANSIEV,

      Petitioner,

      v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER,

      Respondent.

CIVIL ACTION NO.: 5:25-cv-223

**O R D E R**

Petitioner filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus.  Doc. 1.

Respondent has filed a Motion to Dismiss and states that Petitioner has been in Immigration and

Customs Enforcement's ("ICE") custody since July 2, 2024.  Doc. 9.  Since Respondent filed his

Motion to Dismiss (and Petitioner filed his Response), I issued a second Report and

Recommendation in <u>Alekhin v. Warden</u>, Case Number 5:25cv58, doc. 36.  The Court **ORDERS**

the parties to provide any argument and facts they wish the Court to consider in this case, using

the analysis regarding the due process arguments in the <u>Alekhin</u> Report and Recommendation as

a guide, within **14 days** of this Order.  I **DIRECT** the Clerk of Court to provide Petitioner with a

copy of this Report and Recommendation.

      **SO ORDERED**, this 16th day of June, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA